Ms. Linda Reade

Hello there good day to you Befor you make your decision If you want to read this I am writeing to say I have heard so much about you that your on my List of someone to say "thank you" for all that you do as a Judge as a person and as a family women. My name is John Edward Miller I am Just this kind of person to sit down and say I have nothing to Lose or gain by doing this but I want you to have a beautiful Life as the sterin person you are as a public servant. for a Letter such as this it takes a special kind of person. And I say this because federal Inmates have so much mean and nasty things to say about you and I feel bad for you on the inside that I want to make you have a good day and put a smile on your face. I care for you that people are mean and I want to make your day. I am so very sorry to do this but I need and want to as to the special quilitys I bring with me as the tools to Helping out. people of all kinds of trades deserve to have nice Lifes and you I know have been hurt by diffrent parts in your life with this worlds people but your perfect for all of this world for a stein Lady such as a wife a mom a people person and Judge of federal

I think its straight to what needs to be done as recognition

I my self is not anywhere perfect but want to make room to still tell you I my self has a passed but I don't let that keep me from telling you because again I am not perfect and want you to see someone that has broken the law live's a broken down life all because of a record and it hurts me all the way through to the heart of a man. My hole life I have been living through hard times getting knocked down and picking my self up again. Plus all so getting made fun of with mean and nasty words from people. The world is not a friendly place but be strong pick your self my self up again fall seven times get up eight dust my self off and some how hide the fact I now have another bad thing on record and the people that are going to hire me will see what a screw up I have been. The point is I have things to work on but recognition is not one of them for about a few years living life I have heard about you and I don't want you to go another day with out hearing your making a diffrents from you through all of us your a very talked about stern judge and I like you and I care about a letter of writing to someone we can trust to putting the right actions to us all of works to words of action exspected of me to put forth the best I can I still have a full future ahead. Thank you for your time! Sincerly John E Miller



John Edward Miller
Linn County Correctional Center
PO Box 600
Cedar Rapids, IA 52406-0008

To whom this does Concern
Attn: Judge Ms. Linda Reade
United States Courthouse
111 7th Ave SE
Cedar Rapids, IA 52401

US POSTAGE PITNEY BOWES $000.57 SEP. 19 2022

XRAYED US MARSHALS SERVICE